IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON CALLIER, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 3:23-CV-00296-KC |
| | § | |
| ENOVA INTERNATIONAL, INC. d/b/a | § | |
| FUND MY BIZ, a Delaware Corporation, | § | |
| *Defendant*. | § | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT ENOVA INTERNATIONAL, INC. ONLY SUBJECT TO UNOPPOSED MOTION TO LEAVE TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Brandon Callier and Defendant Enova International, Inc. hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as follows:

1. Plaintiff filed his Original Complaint on August 15, 2023, against Enova. *See* Doc. 1.

2. On October 19, 2023, Plaintiff filed an Unopposed Motion to Leave to File Plaintiff's First Amended Complaint (the "Motion for Leave") and proposed First Amended Complaint. *See* Doc. 9. The First Amended Complaint removes Enova as a defendant in this lawsuit and adds Fundmybiz.com Inc., aka Fund My Biz Capital, LLC, Steven Thaler, and Adam Schwartz as defendants. *See* Doc. 9-3.

3. Effective upon the Court's order with respect to the Motion for Leave, all claims alleged by Plaintiff against Enova in the above-captioned matter are hereby dismissed without prejudice.

1

4. To the extent necessary, Plaintiff and Enova jointly request that the Court extend Enova's current deadline of October 26, 2023 to answer or otherwise respond to the Original Complaint up to the date of the Court's order on the Motion for Leave.

**AGREED:**

| | |
|---|---|
| */s/ Brandon Callier* | *[signature: Daniel Durell]* |
| Brandon Callier | Daniel Durell |
| Plaintiff, Pro Se | State Bar No. 24078450 |
| 6336 Franklin Trail Drive | LOCKE LORD LLP |
| El Paso, Texas 79912 | 300 Colorado Street, Suite 2100 |
| 915-383-4604 | Austin, Texas 78701 |
| Callier74@gmail.com | (512) 305-4700 |
| **PLAINTIFF** | (512) 305-4800 (Facsimile) |
| | daniel.durell@lockelord.com |

**ATTORNEY FOR DEFENDANT ENOVA INTERNATIONAL, INC.**

135041480v.1 1570191/00008