IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON L CALLIER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-23-CV-296-KC |
| | § | |
| ENOVA INTERNATIONAL, INC. | § | |
| d/b/a FUND MY BIZ, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On this day, the Court considered Defendant Enova International, Inc. d/b/a Fund My Biz ("Enova") and Plaintiff's Joint Stipulation of Voluntary Dismissal ("Stipulation"), ECF No. 10, filed on October 19, 2023, in the above-captioned case. Plaintiff and Enova stipulate to the dismissal without prejudice of all claims against Enova, conditioned on the Court's approval of Plaintiff's request to file an amended complaint, substituting other parties as Defendants. Stip. ¶ 2. The Court has granted leave to amend. Oct. 20, 2023, Text Order. Thus, in accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that Plaintiff's claims against Enova are **DISMISSED** without prejudice.

**SO ORDERED**.

**SIGNED this 20th day of October, 2023.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE