UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **BRANDON CALLIER,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**FUNDMYBIZ.COM INC,** a New York Corporation, aka **FUND MY BIZ CAPITAL, INC,** aka **FUND MY BIZ CAPITAL, LLC, STEVEN THALER,** and **ADAM SCHWARTZ**<br><br>　　　　　　**Defendants.** | §<br>§<br>§<br>§   EP-23-cv-00296-KC<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Brandon Callier, in his individual capacity, and moves to dismiss Defendants FUNDMYBIZ.COM INC, a New York Corporation ("FMB") and STEVEN THALER ("Thaler") without prejudice pursuant to Rule 41(a)(1)(A)(i).

January 25, 2024,　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Brandon Callier

　　　　　　　　　　　　　　　　　　Brandon Callier
　　　　　　　　　　　　　　　　　　6336 Franklin Trail
　　　　　　　　　　　　　　　　　　El Paso, TX 79912
　　　　　　　　　　　　　　　　　　Callier74@gmail.com
　　　　　　　　　　　　　　　　　　915-383-4604

## **CERTIFICATE OF SERVICE**

        I hereby certify that on January 25, 2024, I caused a true copy of the foregoing, Plaintiff's Unopposed Motion for Leave to File Plaintiff's Second Amended Complaint to be served on Fundmybiz.com Inc. and Steven Thaler via electronic mail at Steven@bfg-furniture.com.


January 25, 2024,                              Respectfully submitted,

                                                /s/ Brandon Callier

                                                Brandon Callier
                                                6336 Franklin Trail
                                                El Paso, TX 79912
                                                Callier74@gmail.com
                                                915-383-4604