**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| **BRANDON L CALLIER,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **CAUSE NO. EP-23-CV-296-KC** |
| § | |
| **ENOVA INTERNATIONAL INC;** § | |
| **FUNDMYBIZ.COM INC; STEVEN** § | |
| **THALER; ADAM SCHWARTZ; and** § | |
| **FUND MY BIZ INC,** § | |
| § | |
| **Defendants.** § | |

**ORDER**

On this day, the Court considered the case. On January 19, 2024, the Court ordered

Plaintiff "to file proof of service on Defendant [Adam] Schwartz no later than February 2, 2024,"

warning that failure to comply could result in the dismissal of Schwartz from the case. Jan. 19,

2024, Order, ECF No. 16. When that deadline passed, the Court again ordered Plaintiff "to file

proof of service on Defendant Schwartz on or before February 19, 2024" and show cause for not

complying with the January 19 Order. Feb. 5, 2024, Order, ECF No. 23. The February 19

deadline has now passed, and Plaintiff has not filed proof of service for Schwartz nor shown good

cause for failing to comply with the Court's orders.

Accordingly, upon due consideration, it is **ORDERED** that all claims against Defendant

Schwartz are **DISMISSED** without prejudice.

**SO ORDERED**.

SIGNED this 20th day of February, 2024.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE