UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| BRANDON L. CALLIER, | § § § | |
| *Plaintiff,* | § § | |
| V. | § § | CASE NO. 3:23-CV-00296-KC |
| FUND MY BIZ, INC. | § § § | |
| *Defendant.* | § | |

### JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Defendant, Fund My Biz, Inc. ("Fund My Biz"), and Plaintiff, Brandon L. Callier, file this Joint Notice of Settlement to notify the Court of the parties' settlement of this matter and expected joint dismissal of the same in the coming days once the terms of the parties' settlement are completed. Upon completion of the settlement terms, Plaintiff will file a stipulation of dismissal, dismissing the present action with prejudice and closing the case.

**Respectfully submitted,**

PADFIELD & STOUT, L.L.P.
420 Throckmorton Street, Suite 1210
Fort Worth, Texas 76102
(817) 338-1616 – Telephone
(817) 338-1610 - Facsimile

/s/ Brandon J. Gibbons
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Brandon J. Gibbons
State Bar I.D. #24082516
bgibbons@padfieldstout.com
*Attorneys for Defendant*

## Certificate of Conference

Pursuant to Local Rule CV-7(g), the undersigned states that Plaintiff agreed to the representation made herein regarding settlement.

/s/ Brandon J. Gibbons
Brandon J. Gibbons

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was served upon all parties receiving ECF notice on March 12, 2024.

/s/ Brandon J. Gibbons
Brandon J. Gibbons